IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| AMERICAN TAEKWONDO ASSOCIATION, INC. | | PLAINTIFF |
| v. | No. 4:21-cv-705-DPM | |
| BOBBY ERDMAN; FAMILY ATA GREEN VALLEY, LLC; and FAMILY ATA OF HENDERSON, LLC | | DEFENDANTS |

### ORDER

This case raises substantially similar issues to 4:21-cv-704-LPR. It involves related claims from the same plaintiff. Judge Rudofsky has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Rudofsky. GENERAL ORDER NO. 39, § (b)(5).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 August 2021